**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOANNE F. MAHONSKI, BERNICE      :    No. 788 MAL 2016
WINDER, DIANE K. MASTERS,           :
EXECUTRIX OF THE ESTATE OF        :
ELEANOR B. MAHONSKI, AND LEONA   :    Petition for Allowance of Appeal from
A. KLEMENTOVICH,                :    the Order of the Superior Court
                                       :
            Petitioners            :
                                         :
                v.                   :
                                         :
CAROLINE M. ENGEL,               :
                                         :
            Respondent          :

<u>**ORDER**</u>

**PER CURIAM**

       **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is

**DENIED**.